# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY WOLSKI, )
      Plaintiff, ) Case No. 1:08-cv-289
       )
   v. )
       )
THE CITY OF ERIE, )
       )
      Defendant. )

## **O R D E R**

AND NOW, to wit, this 3rd Day of August, 2012, the Plaintiff having filed a motion for attorney fees [51] in the above-captioned matter, and it appearing that said motion is premature in light of the Defendant's pending motion [50] for judgment as a matter of law under Fed. R. Civ. P. 50(b) and/or for a new trial under Fed. R. Civ. P. 59,[1]

IT IS ORDERED that the Plaintiff's motion for attorney fees [51] shall be, and hereby is, DENIED without prejudice to be reasserted within fourteen (14) days following entry of this Court's order adjudicating the Defendant's post-trial motions.

                                                          s/    <u>Sean J. McLaughlin</u>

                                                          SEAN J. McLAUGHLIN
                                                          United States District Judge

Cm:   All counsel of record.

---

[1] *See Bailey v. County of Riverside*, 414 F.3d 1023, 1024 (9th Cir. 2005) (requirement under Fed. R. Civ. P. 54(d)(2)(B) that motion for attorneys' fees be filed "no later than 14 days after entry of judgment" is tolled pending the outcome of post-trial motions under Rule 50 or 59, since those motions suspend finality of the underlying judgment). *Accord Gaskins v. BFI Waste Services, LLC,* 281 Fed. Appx. 255, 261 (4th Cir. 2008); *Miltimore Sales, Inc. v. International Rectifier, Inc.,* 412 F.3d 685, 687 (6th Cir. 2005); *Weyant v. Okst*, 198 F.3d 311, 315 (2d Cir. 1999).